AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Battani, Marianne O. | USDC, Eastern District of MI | 05/03/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, senior status | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

231 West Lafayette
Detroit, Michigan 48226

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1982 | State of Michigan Defined Benefit Plan (pension) |
| 2. | 1982 | County of Wayne Defined Benefit Plan (pension) |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | Michigan Judges' Retirement System | $36,311.16 |
| 2. | 2017 | Wayne County Retirement System | $18,383.04 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 05/03/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FIDELITY INDIVIDUAL ACCOUNT (H) | | | | | | | | | |
| 2. -Fidelity Cash Reserves Mutual Fund | A | Dividend | K | T | | | | | |
| 3. -Fideility Core Account - Cash | A | Interest | K | T | | | | | |
| 4. | | | | | | | | | |
| 5. CHASE BANK (cash accounts) | A | Interest | N | T | | | | | |
| 6. | | | | | | | | | |
| 7. MassMutual: whole life policy | A | Dividend | J | T | | | | | |
| 8. | | | | | | | | | |
| 9. INDEPENDENT FINANCIAL GROUP BROKERAGE ACCOUNT (H) | | | | | | | | | |
| 10. -Franklin Convertible Secs Fund Class A | A | Dividend | J | T | | | | | |
| 11. -Franklin Michigan Tax-Free Income Fund Class A | A | Dividend | J | T | | | | | |
| 12. -Hartford Equity Income Fund Class A | B | Dividend | K | T | Buy (add'l) | 02/22/17 | J | | |
| 13. Invesco Unit Trs Unit 1630 High Income Allocation | A | Dividend | J | T | | | | | |
| 14. Wayne St Univ Mich Univ Revs Rfdg-Gen Ser A | A | Interest | J | T | | | | | |
| 15. -Dreyfus Ins Deposit Program C | A | Interest | J | T | | | | | |
| 16. -American Short-Term Tax-Exempt Bond Fund Class A | A | Dividend | | | Sold | 10/30/17 | J | | |
| 17. -American High-Income Municipal Bond Fund Class A | A | Dividend | J | T | Sold (part) | 10/27/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Limited Term Tax Exempt Bond Fund of America | B | Dividend | | | Sold | 10/30/17 | K | | |
| 19. -Putnam Master Inter Income Trust | A | Dividend | J | T | Buy | 02/24/17 | J | | |
| 20. | | | | | Buy (add'l) | 10/30/17 | J | | |
| 21. -Pimco Income Fund Class A | A | Dividend | J | T | Buy | 10/27/17 | J | | |
| 22. -Fundamental Investors Class A | B | Dividend | K | T | Buy | 10/30/17 | K | | |
| 23. -Washington Mutual Investors Fund Class A | A | Dividend | K | T | Buy | 10/30/17 | J | | |
| 24. | | | | | | | | | |
| 25. INDEPENDENT FINANCIAL GROUP IRA (H) | | | | | | | | | |
| 26. -American Balanced Fund Class A | D | Dividend | M | T | | | | | |
| 27. -American Funds Global Balanced Fund Class A | A | Dividend | K | T | | | | | |
| 28. -American High Income Trust Class A | A | Dividend | | | Sold | 02/21/17 | J | | |
| 29. -American Mutual Fund Class A | D | Dividend | L | T | | | | | |
| 30. -The Bond Fund of America Class A | A | Dividend | | | Sold | 02/21/17 | J | | |
| 31. -Build Amer Bds Income Tr Unit 61 | A | Dividend | J | T | | | | | |
| 32. -Capital Income Builder Fund Class A | C | Dividend | L | T | | | | | |
| 33. -Capital World Fund Class A | A | Dividend | J | T | Sold (part) | 02/21/17 | J | | |
| 34. -Europacific Growth Fund Class A | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -First Tr Combined Ser Unit 354 Build Amer Bds Port Ser 28 | A | Dividend | J | T | | | | | |
| 36. -Franklin Balanced Fund Class A | A | Dividend | | | Sold | 02/21/17 | J | | |
| 37. -Franklin Small-Cap Value Fund Class A | | | | | Sold | 07/06/17 | K | | |
| 38. -Fundamental Investors Class A | D | Dividend | M | T | | | | | |
| 39. -The Growth Fund of America | B | Dividend | K | T | | | | | |
| 40. -The Hartford Mid-Cap Value Fund Class A | | | | | Sold | 07/06/17 | K | | |
| 41. -The Hartford Balanced Income Fund Class A | A | Dividend | J | T | | | | | |
| 42. -The Income Fund of America Class A | C | Royalty | M | T | | | | | |
| 43. -Investment Grade Income Tr 10-20 Yr Unit Ser 2 | A | Dividend | J | T | | | | | |
| 44. -Investment Grade Income Tr 10-20 Yr Unit Ser 6 | A | Dividend | J | T | | | | | |
| 45. -The New Economy Fund Class A | C | Dividend | K | T | | | | | |
| 46. -New World Fund Class A | A | Dividend | K | T | | | | | |
| 47. -Dreyfus Ins Deposit Program C | A | Interest | J | T | | | | | |
| 48. -Ishares TR Core S&P Mid Cap ETF | A | Dividend | K | T | Buy | 07/10/17 | K | | |
| 49. -Ishares TR Core S&P Small Cap ETF | A | Dividend | K | T | Buy | 07/10/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O. | 05/03/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marianne O. Battani**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544